**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 5:25-cv-43-AW-MJF**

**BRYLECIA MCGOWAN,**

**Defendant.**

_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The United States sued Defendant Brylecia McGowan to recover a debt. The United States moved for summary judgment, ECF No. 21, and the magistrate judge issued a report and recommendation concluding the court should grant the motion, ECF No. 27. After careful consideration and a de novo review of the issues raised in McGowan's objections (ECF No. 28), I now adopt the report and recommendation and incorporate it into this order.

The United States is entitled to $20,985.89 plus interest from the date of the filing of the complaint (February 25, 2025) to the date of this order (October 30, 2026), which equals 612 days. *See* 31 U.S.C. § 3717. The principal consists of essentially three debts, each with different rates of interest. *See* ECF No. 1 at 2. Interest on the first debt accrues at $0.16 per day, equaling $97.92. Interest on the second debt accrues at $0.23 per day, equaling $140.76. And interest on the third debt accrues at $0.04 per day, equaling $24.48. In total, prejudgment interest for this

period is $263.16. Therefore, the United States is entitled to a total of $21,249.05, plus postjudgment interest.[1]

The summary-judgment motion (ECF No. 21) is GRANTED. The clerk will enter a judgment that says, "Judgment is entered in favor of the United States against Brylecia McGowan in the amount of $21,249.05. The United States is also entitled to postjudgment interest under 28 U.S.C. § 1961." The clerk will then close the file.

SO ORDERED on October 30, 2026.

s/ *Allen Winsor*
Chief United States District Judge

[1] The motion sought recovery of the filing fee. *See* ECF No. 21 at 4. The magistrate judge did not include in the recommendation that the court award the filing fee, and the United States has not filed any objection. At any rate, I conclude the United States is not entitled to filing fees it never paid. *See* 28 U.S.C. § 2412(a)(2) (stating a judgment for costs "*may* include an amount equal to the filing fee" (emphasis added)); *see also United States v. Danziger*, No. 3:14-cv-1278-J-39JRK, 2015 WL 13793104, at *1 (M.D. Fla. Apr. 17, 2015) (collecting cases).